PEOPLE V LABRECK, No. 138476; Court of Appeals No. 288731.

*In re* HAYES (LADD V SUNDERMAN), No. 138506; Court of Appeals No. 290931.

### *Rehearing Denied April 3, 2009:*

MOORE V SECURA INSURANCE, No. 135028; Court of Appeals No. 267191.
KELLY, C.J., and WEAVER and HATHAWAY, JJ. We would grant rehearing.
CAVANAGH, J. did not participate due to a familial relationship with counsel of record.

### *Appeal Dismissed April 3, 2009:*

LEWIS V BRIDGMAN PUBLIC SCHOOLS, No. 137069. On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is dismissed with prejudice and without costs. Court of Appeals No. 261349.